

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chad Duane Long<br><br>         **Petitioner,**<br>      V.<br><br>C. Ducart  PBSP, Warden<br><br><br>         **Respondent.** | Civil Action No.  17cv2355-MMA(KSC)<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses the petition with prejudice. The Court concludes Long has not made the required showing, and therefore declines to issue a certificate of appealability.

Date:  7/17/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Chapman
            R. Chapman, Deputy